IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TIMOTHY SHOUGH,

    Plaintiff,

vs.                              Civil Action 2:14-cv-840
                                    Judge Sargus
                                    Magistrate Judge King
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

### ORDER

On February 18, 2015, the United States Magistrate Judge recommended that the decision of the Commissioner of Social Security be affirmed and that this action be dismissed. *Report and Recommendation*, ECF 17. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, thee has been no objection.

The *Report and Recommendation*, ECF 17, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner of Social Security is **AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

 

   3-24-2015
     Date                                                        Edmund A. Sargus, Jr.
                                                    United States District Judge