AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**TIMOTHY SHOUGH,**

        **Plaintiff,**

                                **JUDGMENT IN A CIVIL CASE**

**v.**

                                **CASE NO.   2:14-CV-840**

**COMMISSIONER OF,**             **CHIEF JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**             **MAGISTRATE JUDGE NORAH MCCANN KING**

        **Defendant.**

_____    **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

 X      **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

       **Pursuant to the ORDER filed March 24, 2015, JUDGMENT is hereby entered DISMISSING this case.**

Date:  March 24, 2015                      RICHARD W. NAGEL, CLERK

                                          */S/ Andy F. Quisumbing*
                                     (By) Andy F. Quisumbing
                                     Courtroom Deputy Clerk